# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00704-CV

**Jacquelyn Vaye Abbott, Appellant**

**v.**

**Timothy Mark Cameron Abbott, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 274TH JUDICIAL DISTRICT
### NO. 06-0280, HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed her notice of appeal on November 16, 2006. On January 25, 2007, the district clerk informed this Court that appellant had not paid or made arrangements to pay for the clerk's record. That same day, we sent appellant a letter requiring her to submit a status report by February 5, 2007, informing her that her failure to do so would result in the dismissal of her appeal. To date, the clerk's record has not been filed, and appellant has neither filed a status report nor responded in any manner to our January 25 letter. We therefore dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed for Want of Prosecution

Filed: March 21, 2007